**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CRAIG S. GORDON, | ) | No. CV 00-601 GHK (CW) |
| Petitioner, | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES |
| v. | ) ) | MAGISTRATE JUDGE |
| REBECCA PUCKETT, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.[1]

**IT IS ORDERED:** (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

---

[1] The copies of the Report and Recommendation and the Notice of Filing sent to Petitioner's address of record were returned in the mail as undeliverable. The court does not have Petitioner's current address, he has not complied with his obligation to advise the court of a new address, and the action is also subject to dismissal for that reason. See Local Rule 41-6.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:   3/7/10

_____
GEORGE H. KING
United States District Judge