**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CRAIG S. GORDON, | ) | No. CV 00-601 GHK (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| REBECCA PUCKETT, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:    3/7/10

_____
GEORGE H. KING
United States District Judge